RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2019 MAY 17  PM 1:28

Cazal Arnett
_____

Write the full name of each plaintiff.

19 cv 4072

(Include case number if one has been
assigned)

-against-

The Metropolitan Museum of Art
The Costume Institute, The Metropolitan Museum of Art
_____

AMENDED
**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-17-19

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ____Cazal Arnett____ , is a citizen of the State of
                   (Plaintiff's name)

____New York____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____The Metropolitan Museum of Art_____, is a citizen of the State of
(Defendant's name)

_____New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____The Metropolitan Museum of Art_____, is incorporated under the laws of

the State of _____New York_____

and has its principal place of business in the State of _____New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____Cazal_____          _____A._____          _____Arnett_____
First Name               Middle Initial        Last Name

_____173-02 89th ave APT #3_____
Street Address

_____Jamaica_____          _____NY_____          _____11432-4671_____
County, City               State                Zip Code

_____929-442-3111_____          _____Carnett1@binghamton.edu_____
Telephone Number                Email Address (if available)

Page 3

## LIST OF DEFENDANTS/ADDITIONAL DEFENDANTS

Cazal Arnett☐carnett1@binghamton.edu☐929.442.3111☐Jamaica, NY

The defendant, <u>The Metropolitan Musuem</u> of Art, is incorporated under the laws of the State of <u>New York</u> and has its principal place of business in the State of <u>New York</u>.

The defendant, <u>The Costume Institute, The Metropolitan Musuem of Art</u>, is incorporated under the laws of the State of <u>New York</u> and has its principal place of business in the State of <u>New York</u>.

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    The Metropolitan _____ Museum of Art _____
                First Name              Last Name

                The Met Fifth Avenue
                Current Job Title (or other identifying information)

                1000 5th Avenue
                Current Work Address (or other address where defendant may be served)

                New York _____ NY _____ 10028
                County, City           State           Zip Code

Defendant 2:    The Costume Institute   The Metropolitan Museum of Art
                First Name              Last Name

                _____
                Current Job Title (or other identifying information)

                1000 5th Avenue
                Current Work Address (or other address where defendant may be served)

                New York _____ NY _____ 10028
                County, City           State           Zip Code

Defendant 3:    _____
                First Name              Last Name

                _____
                Current Job Title (or other identifying information)

                _____
                Current Work Address (or other address where defendant may be served)

                _____
                County, City           State           Zip Code

Defendant 4: _____

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached Ammended Federal Complaint document

III.

STATEMENT OF CLAIM
Place(s) of occurrence: The Met Fifth Avenue
Date(s) of occurrence: 12/24/18, 1/4/19, January 2019

FACTS: Within less than a month following the close of The Met Fifth Avenue's Délacroix exhibition, The Met Fifth Avenue's security began to consecutively reject my entry to The Met Fifth Avenue without situation or explanation. As a result of these consecutive rejections, I experience emotional harm feeling: unwelcome; rejected; shunned; denied and refused. The Met Fifth Avenue's security personally did not sympathize and the Costume Institute's annual exhibition is not supportive or defends my entry enough against the rejections of The Met Fifth Avenue's security. The Costume Institute failed to acknowledge my individual inspiration of this year's Costume Institute theme Camp: Notes on Fashion through my sole frequently worn Vivobarefoot Stealth II Mens at The Met Fifth Avenue.

My $2.00 transaction dispute that occurred on May 6th 2019, where my bank confirmed by email and letter than an error did occur is the kicker here. The contents of my dispute contained a similar argument to both my original Federal complaint and the amended federal complaint. Clearly, winning the dispute only supports and fortifies my federal complaint argument. The documents are attached.



Cazal A Arnett <carnett1@binghamton.edu>

## Wells Fargo Claim 10506191368: Investigation Completed
1 message

**Wells Fargo Online** <alerts@notify.wellsfargo.com>                    Wed, May 8, 2019 at 2:16 AM
To: carnett1@binghamton.edu

                                                                          wellsfargo.com

## Investigation has been completed

ATM/Debit/Prepaid Card Claim Reference Number **10506191368**

RE: Debit Card XXXX-XXXX-XXXX-8453

Thank you for your patience in the time required to review your claim. We have completed our investigation of this claim and determined that an error did occur. We have sent a letter by mail with the details of our investigation.

Please refer to the letter for the final amount credited to your Wells Fargo account **XXXXXX7994**.

If you have further questions after receiving the letter, please call us at 1-800-548-9554. Our hours are: Monday - Friday, 7:00 am to 12:00 am or Saturday, 8:00 am to 8:00 pm Eastern Time.

Thank you for bringing this matter to our attention. We appreciate the opportunity to assist you with resolving this claim.

Sincerely,

Wells Fargo Claims Assistance Center

---

**wellsfargo.com** | Security Center

You received this notification because you are a cardholder, account owner, or an authorized representative for this account.

**Please do not reply to this email directly.**

F6A

41ba098f-a1f8-4f21-b9f5-7f964c53f278



**WELLS FARGO**

**Claims Assistance Center**
ATM/Debit Card Claims
P.O. Box 563966
Charlotte, NC  28256-3966

05/07/19

0030755   01 SP      3078      -C01-P30785-I



CAZAL A ARNETT
17302 89TH AVE APT 3
JAMAICA, NY 11432-4671

Subject: Resolution of your claim
Claim #:10506191368

Dear  CAZAL A:

We have completed our research of your inquiry, and credited $2.00 to your account ending in 7994. We also reversed any related fees and adjusted interest, as applicable. Please consider your claim closed.

If you have questions, please call us at 1-800-548-9554, Monday - Friday, 7:00 a.m. to 12:00 a.m., or Saturday, 8:00 a.m. to 8:00 p.m. Eastern Time. We can provide language assistance services, if you prefer.

Thank you. We appreciate your business.

Sincerely,

David J. Wyatt
Senior Vice President
Claims Assistance Center
ATM/Debit Card Claims

vm1/dat



**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered emotional harm feeling: unwelcome, rejected, shunned, denied and refused. I have sought talk therapy to cope with this emotional harm.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1/4 of The Metropolitan Museum of Art's annual revenue

1/4 of The Costume Institute's proceeds from The Met Gala event

Formal: Apology letter, welcome back letter, invitation to and complimentary tickets for The Met Gala's future Met Gala events

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |
| *Cazal* | *Arne H* |
| First Name | Middle Initial *A* | Last Name |

| | | |
|---|---|---|
| 173-02 8 9th ave APT #3 | | |
| Street Address | | |
| Jamaica | NY | 11432-4671 |
| County, City | State | Zip Code |
| 929-442-3111 | Carne H 1 @ binghamton.edu | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

 **United States District Court**
**Southern District of New York**

## Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

### IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_Arnett , Cazal , A_
Name (Last, First, MI)

_173-02 89th ave APT#3   Jamaica_      _NY_      _11432-4671_
Address                    City        State      Zip Code

_929-442-3111_               _Carne#1@binghamton.edu_
Telephone Number             E-mail Address

_Cazal Arnett_
Date                         Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007